```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 03 B 49913
    RICHARD KOSMACHER
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

        Debtor
 SSN XXX-XX-5907

-------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------
    The case was filed on 12/11/2003 and was confirmed 03/02/2004.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  47.41% from remaining funds.

    The case was paid in full 12/30/2008.
-------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID           PAID
-------------------------------------------------------------------------
LVNV FUNDING LLC           UNSECURED         5895.28          .00         2794.89
CITIBANK                   CURRENT MORTG        .00           .00            .00
CITICORP MORTGAGE CO       CURRENT MORTG        .00           .00            .00
COUNTRYWIDE HOME LOANS ^   CURRENT MORTG        .00           .00            .00
ECAST SETTLEMENT CORP      UNSECURED        13180.64          .00         6248.81
BANK ONE                   SECURED NOT I       .00           .00            .00
BANK ONE                   UNSECURED        82638.80          .00        39178.23
ROUNDUP FUNDING LLC        UNSECURED         6812.53          .00         3229.75
CITIBANK NA                UNSECURED         6537.95          .00         3099.58
CITIBANK NA                UNSECURED OTH    1191.98           .00          565.46
CITIBANK                   UNSECURED       NOT FILED          .00            .00
DISCOVER FINANCIAL SERVI   UNSECURED        13955.59          .00         6616.21
MELISSA KOSMACHER          UNSECURED         5000.00          .00         2370.45
RESURGENT ACQUISITION LL   UNSECURED        10693.75          .00         5069.80
WELLS FARGO BANK           UNSECURED        28017.52          .00        13282.83
HARVARD COLLECTION SERVI   UNSECURED       NOT FILED          .00            .00
BANK ONE                   NOTICE ONLY    NOT FILED          .00            .00
BENJAMIN BERNEMAN & BROM   DEBTOR ATTY         .00                           .00
TOM VAUGHN                 TRUSTEE                                       5,143.99
DEBTOR REFUND              REFUND                                            .00

    Summary of Receipts and Disbursements:
-------------------------------------------------------------------------
                     RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------
TRUSTEE              87,600.00

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                   82,456.01
ADMINISTRATIVE                                    .00
TRUSTEE COMPENSATION                         5,143.99

                   PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 03 B 49913 RICHARD KOSMACHER
```

```
DEBTOR REFUND                                                            .00
                                        ---------------     ---------------
TOTALS                                        87,600.00           87,600.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 03/05/09                                     /s/ Tom Vaughn
                                                            _____
                                                            TOM VAUGHN
                                                            CHAPTER 13 TRUSTEE